UNITED STATES BANKUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re: ) Case No.: 07-33683
)
Pardee, Robert & Clarene ) Chapter 13
)
Debtor )
)

## APPLICATION FOR PAYMENT FROM UNCLAIMED FUNDS

The undersigned, <u>The Financial Resources Group, Inc.</u> applies to the Bankruptcy Court for the Eastern District of Michigan for entry of an order directing the Clerk of the Court to remit to the applicant the sum of <u>$5,249.40</u>, said funds having been deposited into the Treasury of the United States pursuant to order deposited into the Treasury of the United States pursuant to order of this court as unclaimed funds for the creditor <u>The Huntington Bank</u>.

Applicant further states that:

1. (Indicate one of the following items)

　　___ Applicant is the creditor named in the above case and states that no other application for this claim has been submitted by or at the request of the creditor.
　　_X_ Applicant is the duly authorized representative for the business or corporation named as the creditor. Applicant has reviewed all records of the creditor and states that no other application for this claim has been submitted by or at the request of this creditor. An affidavit of Creditor is attached and made a part of this application.
　　___ Applicant is either a family member of the deceased creditor or successor in interest to the individual or business named as the creditor. An original "power of attorney" conforming to the official Bankruptcy Form and/or other supporting documents, including probate documents which indicated applicant's entitlement to this claim are attached and made a part of this application.

2. Applicant has made sufficient inquiry and has no knowledge that this claim has been previously paid, that any other application for this claim is currently pending before this Court, or that any party other than the applicant is entitled to submit an application for this claim.

Application for Payment from
Unclaimed Funds

Respectfully submitted this *30th* day of *Sept*,
20*09*.

The Huntington Bank
Name of Creditor

_____
Signature of Applicant

Larry L. Moses, General Manager
Name and Title of Applicant

The Financial Resources Inc.
Company Name

700 Mechem Drive, Suite 8B
Street Address

Ruidoso, New Mexico 88345
City and State

575-257-1607
Telephone Number

91-1592987
Tax Identification or
Social Security Number

scheduled
Claim Number

## AFFIDAVIT OF CREDITOR

I, <u>Steven M. Smith, Vice President, The Huntington Bank</u>, the undersigned creditor in the above referenced case declare as follows:

1. <u>THE FINANCIAL RESOURCES GROUP, INC.</u> has been granted a limited power of attorney by me to submit an Application For Payment from Unclaimed Funds seeking payment in the amount of <u>$5,249.40</u> due and owing to me as a creditor in the above referenced bankruptcy case.

2. My name, position with the company (if applicable), address and telephone number are as follows:

    Steven M. Smith, Vice President
    7 Easton Oval EA 1W51
    Columbus, OH 43219
    Phone 614-331-9322

3. Creditor History:  Substantiate creditor's right to claim, including but not limited to documents relating to sale of company, i.e. purchase agreements and/or stipulation by prior and new owner as to right of ownership of funds.  Attach certified copies of all necessary documentation.

4. I (or the company which I represent) have neither previously received remittance for this claim nor have contracted with any other party other than the person named in item one above to recover these funds.

**Affidavit of Creditor**

    I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge and belief.

Dated: 9/21/09

_____
Steven M. Smith, Vice President of
The Huntington Bank

Subscribed and sworn to before me this 21st day of September, 20 09.

_____
NOTARY PUBLIC, AT LARGE
STATE OF Ohio

My Commission Expires: 12-21-2013 .

(SEAL)

# LIMITED POWER OF ATTORNEY

*KNOW ALL MEN BY THESE PRESENTS, That*

The Huntington Bank
*have made, constituted and appointed and by these presents do make, constitute and appoint:*
The Financial Resources Group, Inc.
*my true and lawful attorney-in-fact, for me and in my name, place and stead and for my use and benefit ,*

**ONLY** to collect and disburse abandoned funds, or undistributed, unclaimed, or undelivered tenders or funds in the amount of:

$5,249.40

*giving and granting unto my said attorney-in-fact full power and authority to do and perform all and every act and thing whatsoever requisite and necessary to be done, as fully, to all intents and purposes, as I might or could do if personally present, hereby ratifying and confirming all that my said attorney-in-fact shall lawfully do or cause to be done, by virtue hereof. In construing this instrument, and where the context so requires, the singular includes plural.* **This Limited Power of Attorney is specifically limited to the collection and disbursement of the above-named funds.**

Signature: Steven M. Smith, Vice President
The Huntington Bank

Date: 9/21/09
Tax ID No: 31-0966785

Steven M. Smith
*Vice President*
*Information Reporting Manager*
*Corporate Compliance*
614.331.9322
614.331.6544 Facsimile
steven.smith@huntington.com

**Huntington**

The Huntington National Bank
7 Easton Oval
EA4E51
Columbus, Ohio 43219
www.huntington.com

PLACE CORPORATE SEAL HERE

SEE ATTACHED

---

## NOTARY ACKNOWLEDGEMENT

State of Ohio
County of Licking

SUBSCRIBED AND SWORN on the 21st day of September 20 09 before me, personally appeared Steven Smith (personally known to me or proved to me on the basis of satisfactory evidence (see identification below) to be the person whose name is subscribed to the within instrument and acknowledged to me that they executed the same in their authorized capacity, and that by their signature on the instrument the person or the entity upon behalf of which the person acted executed the instrument.
**Identification for the above named was Driver License No. (or specify other identification):** personally known

WITNESS my hand and official seal.
Signature Charlena Sue Roberts
Residing at 10405 Miller Rd, Johnstown OH 43031
My Commission Expires: 10/13/09

# CERTIFICATE
# BYLAWS OF
# THE HUNTINGTON NATIONAL BANK
# ARTICLE VIII, SECTION 8.2

Section 8.2. <u>Execution of Instruments</u>. All agreements, contracts, indentures, mortgages, deeds, conveyances, leases, assignments, notes, transfers, certificates, declarations, receipts, discharges, releases, satisfactions, settlements, petitions, schedules, accounts, affidavits, bonds, undertakings, proxies and other instruments or documents may be signed, executed, acknowledged, verified, delivered or accepted in behalf of the Association by the Chairman, a Vice Chairman, or the President, or any Vice President, or the Secretary, or any Assistant Secretary, or the Cashier, and, if in connection with the exercise of fiduciary powers of the Association by any of said officers or by any Trust Officer, Assistant Trust Officer, Assistant Vice President or any other officer employed in the Trust Department. Any such instruments may also be executed, acknowledged, verified, delivered or accepted in behalf of the Association in such other manner and by such other officers and employees as the Directors may from time to time direct. The provisions of this Section 8.2. are supplementary to any other provision of these Bylaws.

***********************

I, John W. Liebersbach, Assistant Secretary of The Huntington National Bank, hereby certify that the foregoing is a true and correct copy of Article VIII, Section 8.2. of the Bylaws of The Huntington National Bank, now in full force and effect, and that Steven M. Smith is a duly elected, qualified and acting Vice President of The Huntington National Bank.

Dated this 24 day of October, 2008, at Columbus, Ohio.

JOHN W. LIEBERSBACH
ASSISTANT SECRETARY
THE HUNTINGTON NATIONAL BANK



# Huntington SPA 1253453

**Vendor bar codes on individual documents such as invoices, credit card statements and receipts, interfere with the faxing of your SPA or ERA Bar Code Page and cause the images to be lost. Please block out these bar codes before you place them behind the Huntington bar coded Fax Cover Sheet. This will expedite the processing of your documents. (Do NOT alter the bar code on the Fax Cover Sheet.)**

SPA: 1253453  Name: KEZIA FRAZIER
SPA Date: 10/06/2005  Vendor Number: AMER7142  Vendor Name: AMERITECH :185
Site Code: BILL PYMT CTR  City: SAGINAW  Address: SBC BILL PAYMENT CENTER
Vendor Tele No:  State and Zip Code: MI 48663-0003  Tax Id Number:
Status: PAID  Description: MONTHLY BILLS

**Special Handling: T**

| Bar Code Page | | | | | | | | Images |

--- SPA Details ---

| Action | Invoice Number | Invoice Date | Total Invoice Amt. | Invoice Description | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Company | Center | G/L | Project No. | Distribution Amt. |
| [View] | 614R5182310758092205 | 09/22/2005 | $419.21 | Circuits: SMDI to PBX & Centigram | | | | |
| | | | | 0101 | 071002 | 52421 | | $419.21 |
| [View] | 614R5182391543092205 | 09/22/2005 | $428.17 | ACD Mis Col64 to Easton Oval, # 81HWDA269126 & 7 | | | | |
| | | | | 0101 | 071002 | 52421 | | $428.17 |
| [View] | 614R5182401557092205 | 09/22/2005 | $449.23 | Circuits: SMDR Premise TRU System #81FDDA272599,Columbus,OH | | | | |
| | | | | 0101 | 071002 | 52421 | | $449.23 |
| [View] | 614R5182611627092205 | 09/22/2005 | $243.88 | CCMIS Wallboard Circuits for:7450 Huntington Park Drive,Columbus,OH | | | | |
| | | | | 0180 | 240300 | 52421 | | $48.76 |
| | | | | 0101 | 110102 | 52421 | | $48.78 |
| | | | | 0101 | 010500 | 52421 | | $48.78 |
| | | | | 0101 | 320153 | 52421 | | $48.78 |
| | | | | 0101 | 320153 | 52421 | | $48.78 |
| | | | SPA 1253453 GRAND TOTAL: | | | | | $1,540.49 |

*Number of Invoices Required: 4 ( ) - Note: All distributions require invoices!*

| Exit |

(Please press the button only once. This may take a few seconds to complete.)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re: ) Case No. 07-33683
)
   Pardee, Robert & Clarene ) Chapter 13
)
        Debtor )
)

**ORDER FOR PAYMENT OF UNCLAIMED FUNDS**

Upon application and in accordance with the provisions of 28 USC Section 2042, that following a review of the sufficiency of the Affidavit of Creditor information that the claimant is properly entitled to said funds, and that the U.S. Attorney for the Eastern District of Michigan was provided a copy of this application with a proof of service a part to the application,

IT IS ORDERED that the Clerk of the U.S. Bankruptcy Court remit to The Huntington National Bank, c/o The Financial Resources Group, Inc., 700 Mechem Drive, Suite 8B, Ruidoso, New Mexico 88345, the sum of $5,249.40 dollars, of unclaimed funds held in the U.S. Treasury.


Katherine B. Gullo, Clerk Of The Court
U.S. Bankruptcy Court                           U.S. Bankruptcy Judge


By: _____                     Dated:_____
    Deputy Clerk